☑ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:**     Jacqueline Walker                                          **Case No.**

**Debtors:**                                                              **Chapter 13**

---

### CHAPTER 13 PLAN

---

**ADDRESS:**     (1)   **4538 Bassett Hall Drive**                   (2) _____
                       **Memphis, TN 38125**

**PLAN PAYMENT:**
   **Debtor(1)** shall pay $ __300.00__                ( ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
       ☐ **PAYROLL DEDUCTION** From: _____  **OR ( X ) DIRECT PAY**

   **Debtor(2)** shall pay $ _____          ( ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
       ☐ **PAYROLL DEDUCTION** From: _____  **OR (    ) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

   (A) **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**    ☐ **YES**    ☑ **NO**
   (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION**      ☑ **YES**    ☐ **NO**
       **OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**
   (C) **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**    ☐ **YES**    ☑ **NO**

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

**4. DOMESTIC SUPPORT:**                                                  Monthly Plan Payment:

                          Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
**None**                  ongoing payment begins _____   $ _____
                          Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**-NONE-** _____   Amount _____   $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**Select Portfolio Servicing,**  ongoing payment begins   May 20, 2019          $200.00
**Inc.**
                          Approximate arrearage: _____ Interest _____  $ _____

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]      Value of Collateral:      Rate of Interest      Monthly Plan Payment:
_____            _____         _____        _____

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER**
   **SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]         Value of Collateral:      Rate of Interest      Monthly Plan Payment:
**-NONE-**                               _____         _____        $ _____

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

**-NONE-** _____     Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **-NONE-** | | | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

**None** _____     ☐   Not provided for   **OR** ☐   General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

**-NONE-** _____

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $13,686.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐         _____ **%, OR,**
☑         **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**None** _____     ☐   Assumes   **OR** ☐   Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

**/s/ Ted I. Jones** _____     Date **January 11, 2019** _____ .
**Ted I. Jones**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy